Steven **BAGBY**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 49900.**

Missouri Court of Appeals,
Western District.

May 23, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### *ORDER*

Per Curiam.

Appeal from the denial of defendant's Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Judgment affirmed. Rule 84.16(b).